**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00205-CR**
_____

**IN RE ANDREW PENDLETON**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator Andrew Pendleton filed a petition for writ of mandamus with this Court. In the petition, relator asks this Court to compel the trial court to rule on relator's motion for a speedy trial.

It is the relator's burden to provide this Court with a record sufficient to establish his right to relief. Tex. R. App. P. 52.3(k), 52.7(a); *see also generally State ex rel. Curry v. Gray*, 726 S.W.2d 125, 128 (Tex. Crim. App. 1987) (op. on reh'g) ("[C]onsideration of a motion properly filed and before the court is ministerial."). The copy of the speedy trial motion relator provided to this Court lacks the district clerk's file mark and does not contain a certificate of service. The

1

record before this Court is insufficient to establish that the motion was properly filed and that the trial court was requested to rule on it. Relator has not demonstrated that he is entitled to mandamus relief. *See State ex. rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001). The petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Opinion Delivered June 26, 2013

Before Gaultney, Kreger, and Horton, JJ.